| Fill in this information to identify the case: | |
| --- | --- |
| Debtor1 | Christina Davis |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the : NORTHERN District of Illinois (State) | |
| Case number 20-13448 | |

# Form 4100R
## Response to Notice of Final Cure

**10/15**

_____

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of creditor:** Select Portfolio Servicing, Inc.    **Court claim no.** (if known): 9-2

**Last 4 digits** of any number you use to identify the debtor's account: 3751

**Property address:**    1446W 119TH ST ,
Number        Street

CHICAGO, IL 60643
City        State        ZIP Code

| Part 2: | Prepetition Default Payments |
| --- | --- |

*Check one:*

[X]    Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]    Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

| Part 3: | Postpetition Mortgage |
| --- | --- |

*Check one:*

[X]    Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    8/1/2023
MM/DD/YYYY

[ ]    Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $_____

b. Total fees, charges, expenses, escrow and costs outstanding:    + (b) $_____

c. Total. Add lines a and b.    (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

MM/  DD/  YYYY

| Debtor 1 | Christina Davis | | | Case Number *(if known)* | 20-13448 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the  debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]   all payments received;
[X]   all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]   all amounts the creditor contends remain unpaid

---

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[  ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**X**   /s/ Samantha C. San Jose                                    Date  August 30, 2023
        Signature

Print   Samantha C. San Jose                                       Title Authorized Agent
        First Name        Middle Name        Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   13010 Morris Road, Suite 450
          Number              Street

          Alpharetta, GA 30004
          City                State                ZIP Code

Contact   470-321-7112                              Email: ssanjose@raslg.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on August 30, 2023, I

electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true

and correct copy has been served via United States Mail to the following:

Christina Davis
1446 W 119th St.
Chicago, IL 60643

And via electronic mail to:

David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

Thomas H. Hooper
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Suite 3850
Chicago, IL 60603

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

By: /s/ Jessica Norton

Email:  jnorton@raslg.com